**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Josette C. Ward | Social Security number or ITIN   xxx–xx–7170 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 12–25020–JNP | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Josette C. Ward

4/10/17

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                     United States Bankruptcy Court
                          District of New Jersey
```

In re:                                                      Case No. 12-25020-JNP
Josette C. Ward                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Apr 10, 2017
                              Form ID: 3180W           Total Noticed: 39
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2017.
```
db             Josette C. Ward,    1521 Madison Ave,    Atlantic City, NJ  08401-1718
aty           +Corey E. Ahart,    Scott H. Marcus & Associates,    121 Johnson Road,    Blackwood, NJ 08012-1758
513126300     +Allied Interstate Inc,    3000 Corporate Exchange,    Columbus, OH 43231-7689
513126302     +Black Expressions Book Club,    PO Box 916400,    Rantoul, IL 61866-6400
513126305     +GE Capital Retail Bank,    Portfolio Recvry And Affil,    120 Corporate Blvd Ste 1,
                Norfolk, VA 23502-4952
516550971      M&T Bank,    KML Law Group PC,    Sentry Office Plaza,    216 Haddon Avenue, Suite 206,
                Westmont, NJ 08108
513126311     +McCabe, Weisberg & Conway PC,    216 Haddon Avenue, Suite 303,    Westmont, NJ 08108-2811
513126314      South Jersey Gas,    PO Box 3121,    Southeastern, PA 19398-3121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 10 2017 22:32:43      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 10 2017 22:32:39      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
513147628      EDI: PHINAMERI.COM Apr 10 2017 22:08:00      Americredit Financial Services, Inc.,
                PO Box 183853,    Arlington TX 76096
513141689      EDI: PHINAMERI.COM Apr 10 2017 22:08:00      AmeriCredit Financial Services, Inc.,
                PO Box 183853,    Arlington, Texas  76096
513152152      EDI: AIS.COM Apr 10 2017 22:08:00      American InfoSource LP as agent for,
                T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
513288904      EDI: AIS.COM Apr 10 2017 22:08:00      American InfoSource LP as agent for,   Verizon,
                PO Box 248838,    Oklahoma City, OK  73124-8838
513205679      EDI: AIS.COM Apr 10 2017 22:08:00      American InfoSource LP as agent for,
                Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
513126301     +E-mail/Text: bankruptcy@pepcoholdings.com Apr 10 2017 22:32:17      Atlantic City Electric,
                PO Box 13610,    Philadelphia, PA 19101-3610
513162114      E-mail/Text: bankruptcy@pepcoholdings.com Apr 10 2017 22:32:17      Atlantic City Electric,
                5 Collins Drive, Suite 2133,    Carneys Point, NJ  08069-3600
513126315      EDI: AISTMBL.COM Apr 10 2017 22:08:00      T-Mobile,    PO Box 742596,
                Cincinnati, OH  45274-2596
513126303     +EDI: CHASE.COM Apr 10 2017 22:08:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
513610405     +E-mail/Text: bncmail@w-legal.com Apr 10 2017 22:32:51      Cheswold (Ophrys), LLC,
                c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
513151833     +EDI: TSYS2.COM Apr 10 2017 22:08:00      Department Stores National Bank/Macys,
                Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
513126304      EDI: TSYS2.COM Apr 10 2017 22:08:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH  45040-8999
513159990      EDI: RMSC.COM Apr 10 2017 22:08:00      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
513126306      EDI: RMSC.COM Apr 10 2017 22:08:00      Gecrb/lowes,    P.O. Box 965005,
                Orlando, FL  32896-5005
513126307      EDI: RMSC.COM Apr 10 2017 22:08:00      Gecrb/sams Club,    PO Box 965005,
                Orlando, FL  32896-5005
513126308      EDI: PHINAMERI.COM Apr 10 2017 22:08:00      Gm Financial,    PO Box 181145,
                Arlington, TX  76096-1145
513126309     +EDI: LTDFINANCIAL.COM Apr 10 2017 22:08:00      LTD Financial Services,
                7322 Southwest Freeway Suite 1600,    Houston, TX 77074-2134
513126310      E-mail/Text: camanagement@mtb.com Apr 10 2017 22:32:22      M  And  T Bank,   1 Fountain Plz,
                Buffalo, NY  14203-1420
513285189      E-mail/Text: camanagement@mtb.com Apr 10 2017 22:32:22      M&T Bank,    P.O. Box 1288,
                Buffalo, NY 14240-1288
514809749      E-mail/Text: camanagement@mtb.com Apr 10 2017 22:32:22      M&T Bank,    P.O. Box 840,
                Buffalo, NY 14240-1840
513126312     +EDI: MID8.COM Apr 10 2017 22:08:00      Midland Funding,    8875 Aero Dr,
                San Diego, CA 92123-2255
513340249      EDI: PRA.COM Apr 10 2017 22:08:00      Portfolio Recovery Associates, LLC,    c/o Wal-mart,
                POB 41067,    Norfolk VA 23541
513883852     +EDI: PRA.COM Apr 10 2017 22:08:00      PRA Receivables Management, LLC,    POB 41067,
                Norfolk, VA 23541,    PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
513883851     +EDI: PRA.COM Apr 10 2017 22:08:00      PRA Receivables Management, LLC,    POB 41067,
                Norfolk, VA 23541-1067
513126313     +E-mail/Text: Supportservices@receivablesperformance.com Apr 10 2017 22:33:26
                Receivables Performance Management,    20816 44th Ave W,    Lynnwood, WA 98036-7744
513154326     +E-mail/Text: bncmail@w-legal.com Apr 10 2017 22:32:51      TARGET NATIONAL BANK,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513126316      EDI: WTRRNBANK.COM Apr 10 2017 22:08:00      Tnb - Target,    PO Box 673,
                Minneapolis, MN  55440-0673
513126317      EDI: VERIZONCOMB.COM Apr 10 2017 22:08:00      Verizon,    PO Box 4830,    Trenton, NJ  08650-4830
513126318     +EDI: RMSC.COM Apr 10 2017 22:08:00      Walmart,    PO Box 981400,    El Paso, TX 79998-1400
                                                                                               TOTAL: 31
```

```
District/off: 0312-1           User: admin                 Page 2 of 2                  Date Rcvd: Apr 10, 2017
                               Form ID: 3180W              Total Noticed: 39
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Cheswold (Ophrys), LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
              Seattle, WA 98121-3132
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2017 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    M&T Bank NJECFMAIL@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Joseph J. Rogers    on behalf of Debtor Josette C. Ward jjresq@comcast.net,   jjresq1@comcast.net
              Joshua I. Goldman    on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marisa Myers Cohen    on behalf of Creditor    M&T Bank mcohen@mwc-law.com,  jhillier@mwc-law.com
                                                                                       TOTAL: 7
```